FILED
· 17-0477
6/16/2017 12:11:38 PM
tex-17667517
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. _JC 15- 958_

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
|---|---|---|
| A.C., et al | § | 304th JUDICIAL DISTRICT |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

**ORDER OF APPOINTMENT FOR PARENT UNDER TITLE II** Approved

TO: _April Smith_ TELEPHONE NO: _____

FAX NO: _____ EMAIL: _____

On this day, the Court made an initial determination of indigence for _a_ , _J_ _____ and finds that the parent of the subject child(ren) is indigent.

Pursuant to Texas Family Code you are hereby appointed to represent the parent of the child(ren) who is indigent.

You are hereby ORDERED to make contact with your client within twenty-four hours from today to complete the attached indigence form and shall file the completed form along with responsive pleadings with the court within seventy-two hours from today.

Such appointment continues until released by the Court. Such appointment concludes upon entry of a final order. The next hearing in scheduled for _____ for a _____ hearing.

Signed the _5_ day of _January_ , 2017.

_____
JUDGE

DA: _____

1600958
JOAATTY
ORDER – APPOINT ATTORNEY
1306124